UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FELIX GOMEZ                                              :
                                                         :
            -v-                                          :      21-CV-2172 (PAC)
                                                         :
KEHILAS BAIS YISROEL et al,                              :      ORDER
                                                         :
                        Defendants.                      :
                                                         :
-------------------------------------------------------------------X

PAUL A. CROTTY, United States District Judge:

The Clerk of Court is directed to strike document number five (5) off the docket.

SO ORDERED.

Dated: April 1, 2021
       New York, New York                     _____
                                                   United States District Judge