**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

April 5, 2021

Robert T. Yusko
RYusko@perkinscoie.com
D. +1.212.261.6838

**VIA CM/ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

4/7/21
The time to answer is extended to
May 7, 2021.
So ordered.
Paul A. Crotty
USDJ

Re:   *Felix Gomez v. Kehilas Bais Yisroel, et al.*
      **Case No.: 1:21-cv-02172-PAC**

Dear Judge Crotty:

Defendants U.S. Bank Trust, N.A., U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. (collectively "Defendants") submit this letter motion to request an extension of the time for Defendants to respond to the Complaint in this action until May 7, 2021. While executed affidavits of service have not been filed to date, the approximate response deadline is on or after today's date. Defendants need additional time to investigate the allegations of the Complaint. Defendants have conferred with counsel for the plaintiff, who consents to this request. Defendants have made no previous request for an extension in this matter.

Thank you for your consideration.

Respectfully Submitted,

/s/ Robert T. Yusko
Robert T. Yusko

cc: all parties via ECF

Perkins Coie LLP